# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY NOLAN,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 79552

**FILED**

SEP 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion for equal protection access to evidence for testing." Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule provides for an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Hon. Stefany Miley, District Judge
      Ricky Nolan
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

19-40584